IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH MURRY**                                                                 **PLAINTIFF**

v.                                         **Case No. 4:23-cv-00811-KGB**

**DOES**                                                                   **DEFENDANTS**

**ORDER**

Before the Court is the status of this case. On July 10, 2024, the Court ordered plaintiff Kenneth Murry to pay the statutory filing fee or file a properly completed application to proceed *in forma pauperis*, with the required calculation sheet signed by an authorized official at the Faulkner County Detention Center, within 30 days (Dkt. No. 3, at 2). The Court also apprised Mr. Murry that Local Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants like Mr. Murry: (1) to notify promptly the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently (*Id.*, at 2). The Court further informed Mr. Murry that Local Rule 5.5 also provides that the failure to respond to any communication from the Court within 30 days may result in dismissal of the case (*Id.*, at 2).

Mr. Murry failed to pay the statutory filing fee, file a properly completed application to proceed *in forma pauperis*, or otherwise respond to the Court's July 10, 2024, Order. Additionally, the copy of the Order mailed to Mr. Murry at the address provided in the complaint has been returned as undeliverable (Dkt. No. 4). Given both Mr. Murry's failure to comply with an Order of this Court and to prosecute diligently his case pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice Mr. Murry's complaint. Mr. Murry's motion to change venue (Dkt. No. 2) is denied as moot. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3)

that an *in forma pauperis* appeal taken from this Order and the accompanying judgment would not be in good faith.

It is so ordered this 26th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge