# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH MURRY**                                                             **PLAINTIFF**

**v.**                        **Case No. 4:23-cv-00811-KGB**

**DOES**                                                            **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Kenneth Murry's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 26th day of August, 2024.

*Kristine G. Baker*

Kristine G. Baker
Chief United States District Judge